No. 93. *In re* ASSESSMENT OF TAXES, HAWAIIAN TRAMWAYS COMPANY, LIMITED. Appeal from Tax Appeal Court, First Taxation Division. Submitted March 7, 1904. Decided March 10, 1904. Track, cars, horses, mules, land, leases, franchises, etc., assessed as a whole as an enterprise for profit. Returned at $39,454.56. Assessed as of January 1, 1903, at $125,000. Assessment sustained by Tax Court. Appeal by Taxpayer. *Per Curiam.* Valuation of the Tax Appeal Court affirmed. *Castle & Withington* for taxpayer. *Robertson & Wilder* for assessor.

---

No. 96. *In re* ASSESSMENT OF TAXES, THE BERNICE P. BISHOP ESTATE. Appeal from Tax Court, First Taxation Division. Submitted March 3, 1904. Decided March 22, 1904. Eighty acres of rice land and four thousand one hundred and thirty-five acres of pasture land located at Punaluu, Oahu, under 15 year lease (with 13 years unexpired) for net annual rental of twenty-five hundred dollars. Returned at $20000.00 and assessed at $25000.00. Assessment approved by Tax Court. Taxpayer appeals. *Per Curiam.* Valuation approved by Tax Court affirmed. *Holmes & Stanley* for taxpayer. *Robertson & Wilder* for assessor.